# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: COVACI, IOAN § Case No. 13-03798
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/05/2013 in Courtroom 644, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2013    By: /s/DEBORAH K. EBNER
                                                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: COVACI, IOAN § Case No. 13-03798
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,395.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 11,395.00 |
| **Balance on hand:** | $ 11,395.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,395.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner TRUSTEE | 1,889.50 | 0.00 | 1,889.50 |
| Trustee, Expenses - DEBORAH K. EBNER | 3.42 | 0.00 | 3.42 |
| Other Expenses: Deborah K Ebner, ATTY | 2,133.00 | 0.00 | 2,133.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,025.92 |
| Remaining balance: | $ 7,369.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $        7,369.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $        7,369.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,788.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,579.04 | 0.00 | 3,420.94 |
| 2 | Portfolio Investments II LLC | 12,209.37 | 0.00 | 3,948.14 |

Total to be paid for timely general unsecured claims:   $        7,369.08
Remaining balance:   $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-03798-PSH
Ioan Covaci                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: wepps              Page 1 of 2              Date Rcvd: Oct 28, 2013
                             Form ID: pdf006          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2013.
```
db         +Ioan Covaci,    3109 West Northshore Avenue,    Chicago, IL 60645-4002
19987324   #+Baker and Miller, P.C.,    29 North Wacker Drive,    5th Floor,    Chicago, IL 60606-3227
19987325    Bank of America Home Loans,    Attn: Customer Service,    P.O. Box 5170,
             Simi Valley, CA 93062-5170
19987326   +Blitt & Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19987327   +Broward County Records, Taxes,    and Treasury Division,    115 S. Andrews Ave.,    Room A100,
             Fort Lauderdale, FL 33301-1888
19987329    Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19987330    Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-6000
19987332   +ENT Surgery Care Center,    3000 N. Halsted,    Suite 401,    Chicago, IL 60657-9268
19987333   +Fari Credit Law Group, LLC,    5371 NW 33rd Avenue,    Suite 205,    Fort Lauderdale, FL 33309-6346
19987334   +Glazer & Associates,    3113 Stirling Road,    Suite 201,    Fort Lauderdale, FL 33312-6547
19987335   +Head & Neck and Cosmetic Surgery,    Associates, LTD,    30 N Michigan Ave, Dept 1107,
             Chicago, Il 60602-3747
19987336   +Home Depot Credit Services,    P.O. Box 689147,    Des Moines, IA 50368
19987337    Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX 75265-3000
19987338    Lamont Hanley & Assoc Inc,    P.O. Box 179,    Manchester, NH 03105-0179
19987339   +Law Offices of David J. Stern, P.A.,    900 South Pine Island Road,    Suite 400,
             Fort Lauderdale, FL 33324-3920
19987342   +Merchants' Credit Guide Co.,    223 West Jackson Boulevard,    Chicago, IL 60606-6908
19987343   +Northland Group, Inc.,    7831 Glenroy Road, Suite 250,    Edina, MN 55439-3117
19987344   +Quadomain I and IV Condominium,    Association, Inc.,    2201 South Ocean Drive,
             Hollywood, FL 33019-2539
19987346   +REDC Default Solutions, LLC,    6200 Tennyson Parkway,    Suite 110,    Plano, TX 75024-6126
19987345   +Receivable Management Services,    1250 E. Diehl Road, Suite 300,    PO Box 3100,
             Naperville, IL 60566-7100
19987347   +Sharma & Associates, Inc.,    4901 NW 17 Way, Suite 305,    Fort Lauderdale, FL 33309-3772
19987348   +Swedish Covenant Hospital,    5145 North California Avenue,    Chicago, IL 60625-3687
19987349    United Mileage Plus, Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
19987350   +Van Ness Law Firm,    1239 East Newport Center Drive,    Suite 110,
             Deerfield Beach, FL 33442-7711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19987323     E-mail/Text: cassandc@accidentfund.com Oct 29 2013 01:27:15    Accident Fund Insurance Comp.,
             232 S. Capital Avenue,    PO Box 40790,    Lansing, MI 48901-7990
19987328    +E-mail/Text: cms-bk@cms-collect.com Oct 29 2013 01:26:54    Capital Management Services, Inc.,
             726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
20315254     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2013 01:49:05    Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19987331     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2013 01:49:05    Discover Financial Services,
             P.O. Box 3025,    New Albany, OH 43054-3025
20648521     E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2013 01:32:04    Portfolio Investments II LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20730985     E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2013 01:31:38
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19987340   ##+Lincoln Pediatric Center,    5711 N. Lincoln Ave,    Chicago, IL 60659-4707
19987341    ##Mega Life and Health Insurance Company,    Claims Department,    9151 Boulevard 25,
             P.O. Box 982009,    North Richland Hills, TX 76182-8009
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

Case 13-03798   Doc 38   Filed 10/28/13   Entered 10/30/13 23:51:38   Desc Imaged
Certificate of Notice   Page 6 of 6

```
District/off: 0752-1           User: wepps              Page 2 of 2                    Date Rcvd: Oct 28, 2013
                               Form ID: pdf006          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2013 at the address(es) listed below:
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Gregory K Stern    on behalf of Debtor Ioan  Covaci gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Josephine J Miceli    on behalf of Creditor   Bank of America, N.A. Jo@johnsonblumberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```