# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: COVACI, IOAN                              Case No. 13-03798
                                                 Chapter   7
_____,
                   Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $259,048.83                Assets Exempt: $22,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,369.08   Claims Discharged
                                             Without Payment: $61,037.11

Total Expenses of Administration: $4,025.92

---

   3) Total gross receipts of $    11,395.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00   (see **Exhibit 2**), yielded net receipts of $11,395.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $446,758.13 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,025.92 | 4,025.92 | 4,025.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,416.70 | 22,788.41 | 22,788.41 | 7,369.08 |
| **TOTAL DISBURSEMENTS** | $513,174.83 | $26,814.33 | $26,814.33 | $11,395.00 |

4) This case was originally filed under Chapter 7 on January 31, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/30/2014    By: /s/DEBORAH K. EBNER, Trustee
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3109 West Northshore Avenue, Chicago, Illinois - | 1110-000 | 11,395.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,395.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Quadomain I and IV Condominium Association, | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Glazer & Associates | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sharma & Associates, Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Broward County Records, Taxes and Treasury Division | 4110-000 | 4,089.93 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Home Loans | 4110-000 | 442,668.20 | N/A | N/A | 0.00 |
| NOTFILED | Van Ness Law Firm | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of David J. Stern, P.A. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | REDC Default Solutions, LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$446,758.13** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner TRUSTEE | 2100-000 | N/A | 1,889.50 | 1,889.50 | 1,889.50 |
| DEBORAH K. EBNER | 2200-000 | N/A | 3.42 | 3.42 | 3.42 |
| Deborah K Ebner, ATTY | 2690-000 | N/A | 2,133.00 | 2,133.00 | 2,133.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,025.92 | $4,025.92 | $4,025.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,579.04 | 10,579.04 | 10,579.04 | 3,420.94 |
| 2 | Portfolio Investments II LLC | 7100-000 | 10,219.88 | 12,209.37 | 12,209.37 | 3,948.14 |
| NOTFILED | Citi Cards | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 11,511.36 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United Mileage Plus, Cardmember Services | 7100-000 | 170.68 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lincoln Pediatric Center | 7100-000 | 90.26 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 9,901.04 | N/A | N/A | 0.00 |
| NOTFILED | Swedish Covenant Hospital | 7100-000 | 174.20 | N/A | N/A | 0.00 |
| NOTFILED | Mega Life and Health Insurance Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blitt & Gaines, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Merchants' Credit Guide Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Baker and Miller, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lamont Hanley & Assoc Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Accident Fund Insurance Comp. | 7100-000 | 19,490.16 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Management Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 170.68 | N/A | N/A | 0.00 |
| NOTFILED | ENT Surgery Care Center | 7100-000 | 2,768.40 | N/A | N/A | 0.00 |
| NOTFILED | Fari Credit Law Group, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital Management Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Head & Neck and Cosmetic Surgery Associates, Ltd. | 7100-000 | 1,341.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,416.70 | $22,788.41 | $22,788.41 | $7,369.08 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-03798  
**Case Name:** COVACI, IOAN  

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 01/31/13 (f)  
**§341(a) Meeting Date:** 03/19/13  

**Period Ending:** 03/30/14  
**Claims Bar Date:** 07/02/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3109 West Northshore Avenue, Chicago, Illinois - | 436,000.00 | 406,000.00 | | 11,395.00 | FA |
| 2 | Condominium located at 2101 South Ocean Drive, U | 250,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Chase checking account no. xxxxx6785 | 2,357.38 | 0.00 | | 0.00 | FA |
| 5 | Chase savings account no. xxxxx2295 | 191.45 | 191.45 | | 0.00 | FA |
| 6 | Living Room Set, Dining Room Set, TVs, VCR, Comp | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Necessary Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 1993 Ford Econoline | 500.00 | 500.00 | | 0.00 | FA |
| 9 | 2003 Ford Econoline 150 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Misc. floor sanding tools | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$695,048.83** | **$406,791.45** | | **$11,395.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee awaits expiration of bar date to ascertain whether or not a settlement with Debtor is possible.

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** October 27, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-03798  
**Case Name:** COVACI, IOAN  

**Taxpayer ID #:** \*\*-\*\*\*9749  
**Period Ending:** 03/30/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*4266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/13 | {1} | Ioan Sofineti | third party payment for Debtor to satisfy family expense act claims | 1110-000 | 11,395.00 | | 11,395.00 |
| 12/04/13 | 104 | Discover Bank | voided-printing problem<br>Voided: check issued on 12/05/13 | 7100-000 | | -3,420.94 | 14,815.94 |
| 12/04/13 | 105 | Portfolio Investments II LLC | Voided - Printing problem<br>Voided: check issued on 12/05/13 | 7100-000 | | -3,948.14 | 18,764.08 |
| 12/04/13 | 107 | Portfolio Investments II LLC | voided-printing problem<br>Voided: check issued on 12/05/13 | 7100-000 | | -3,948.14 | 22,712.22 |
| 12/05/13 | 101 | Deborah K. Ebner TRUSTEE | Dividend paid 100.00% on $1,889.50, Trustee Compensation;  Reference: | 2100-000 | | 1,889.50 | 20,822.72 |
| 12/05/13 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $3.42, Trustee Expenses;  Reference: | 2200-000 | | 3.42 | 20,819.30 |
| 12/05/13 | 103 | Deborah K Ebner, ATTY | Dividend paid 100.00% on $2,133.00, Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid);  Reference: | 2690-000 | | 2,133.00 | 18,686.30 |
| 12/05/13 | 104 | Discover Bank | voided-printing problem<br>Voided on 12/04/13 | 7100-000 | | 3,420.94 | 15,265.36 |
| 12/05/13 | 105 | Portfolio Investments II LLC | Voided - Printing problem<br>Voided on 12/04/13 | 7100-000 | | 3,948.14 | 11,317.22 |
| 12/05/13 | 106 | Discover Bank | Dividend paid  32.33% on $10,579.04; Claim# 1; Filed: $10,579.04; Reference: | 7100-000 | | 3,420.94 | 7,896.28 |
| 12/05/13 | 107 | Portfolio Investments II LLC | voided-printing problem<br>Voided on 12/04/13 | 7100-000 | | 3,948.14 | 3,948.14 |
| 12/05/13 | 108 | Portfolio Investments II LLC | Dividend paid  32.33% on $10,579.04; Claim# 1; Filed: $10,579.04; Reference: | 7100-000 | | 3,948.14 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 11,395.00 | 11,395.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 11,395.00 | 11,395.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,395.00** | **$11,395.00** | |

{} Asset reference(s)

Case 13-03798    Doc 42    Filed 04/18/14    Entered 04/18/14 11:54:00    Desc Main
            Document          Page 8 of 8

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-03798 | **Trustee:** DEBORAH K. EBNER, Trustee (330480) |
| **Case Name:** COVACI, IOAN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4266 - Checking Account |
| **Taxpayer ID #:** **-***9749 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/30/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******4266** | | 11,395.00 | 11,395.00 | 0.00 |
| | | | | | $11,395.00 | $11,395.00 | $0.00 |

{} Asset reference(s)                                                                                               Printed: 03/30/2014 08:47 PM    V.13.14